2/19/2015 10:29 AM SR

## NO. 25928, 25958 & 25886

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | 6th COURT OF APPEALS |
| vs. | § | 6th JUDICIAL DISTRICT |
| | § | |
| ROBERT BRICE DAUGHERTY | § | LAMAR COUNTY, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
2/19/2015 2:53:31 PM
DEBBIE AUTREY
Clerk

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Robert Brice Daugherty, Defendant in the above styled and numbered causes,

and gives this written notice of appeal to the Court of Appeals of the State of Texas from the

judgment of conviction and sentence herein rendered against Robert Brice Daugherty.

Respectfully submitted,

Law Office of Dan Meehan
202 West Madison
Clarksville, Texas 75426
Tel: (903) 427-4547/Fax: (903) 427-4549

By:_____
Dan Meehan
State Bar No. 13898700
Attorney for Robert Brice Daugherty

## CERTIFICATE OF SERVICE

This is to certify that on February 18th, 2015, a true and correct copy of the above and

foregoing document was served on Gary Young, Lamar County Attorney's Office, 119 North

Main, Paris, Texas 75460, by hand delivery.

_____
Dan Meehan

# TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL

I, judge of the trial court, certify in these criminal cases that the defendant appeals are not in plea-bargain cases, and the defendant has the right of appeal.

_____  - 18 Feb 15
Judge                                              Date Signed

("A defendant in a criminal case has the right of appeal to a court of appeals under these rules. In a plea bargain case - that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by written motions filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." Texas Rule of Appellate Procedure 25.2(a)(2).)